# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-CV-01064-OWW-DLB PC<br><br>ORDER DENYING MOTION TO ENTER EVIDENCE<br><br>(ECF NO. 9) |

Plaintiff Tony Hernandez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  On June 24, 2010, Plaintiff filed a motion entitled "Motion To Enter Evidence."  (Mot., ECF No. 9.)  Plaintiff requests to enter proof of his exhaustion of administrative remedies.

Plaintiff was previously informed by the Court's First Informational Order that paper documents submitted by pro se litigants are scanned electronically, retained in the Clerk's Office for a limited time, and then discarded. (First Informational Order ¶ 7, ECF No. 4.)  The Court cannot serve as a repository for evidence. (Order ¶ 6.)  Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed June 24, 2010, is DENIED.   The Clerk of Court is directed to return the original motion to Plaintiff if it has not been discarded.

IT IS SO ORDERED.

   Dated:   **July 2, 2010**          /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

1