# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01064-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 63] |

Plaintiff Tony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2015, Defendant filed a motion to extend the dispositive motion deadline.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to **January 14, 2016**.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1