UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HERNANDEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>A. MARTINEZ,<br><br>                Defendant. | Case No.: 1:10-cv-01064-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 49, 62] |

Plaintiff Tony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 4, 2015, the Magistrate Judge issued a Findings and Recommendation recommending denial of Plaintiff's motion for summary judgment. (ECF No. 62.) The Findings and Recommendation contained notice that objections were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on December 4, 2015, is adopted in full; and
2. Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated: __**January 16, 2016**__         ____/s/ Lawrence J. O'Neill____
                                        UNITED STATES DISTRICT JUDGE