# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01064-LJO-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR BENCH TRIAL<br><br>[ECF No. 84] |

　　　　Plaintiff Tony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 29, 2016, Plaintiff filed a motion requesting a bench trial.  Pursuant to Federal Rule of Civil Procedure 38(d), "[a] party waives a jury trial unless its demand is properly served and filed.  A proper demand may be withdrawn only if the parties consent."  Fed. R. Civ. P. 38(d).

　　　　Defendant demanded a trial by jury in the answer filed on February 4, 2015.  (ECF No. 44, Answer at 7:6-7.)  Thus, in order to dispense with a trial by jury, Plaintiff must obtain consent from Defendant.  Accordingly, Plaintiff's motion for a bench trial is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:  **August 2, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE