## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HERNANDEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>A. MARTINEZ,<br><br>    Defendant. | Case No.: 1:10-cv-01064-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION REQUESTING A SETTLEMENT CONFERENCE<br><br>[ECF No. 85] |

Plaintiff Tony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on December 13, 2016, before Chief District Judge, Lawrence J. O'Neill.

On July 29, 2016, Plaintiff filed a motion requesting the case be set for a settlement conference.

Within **twenty (20)** days from the date of service of this order, Defendant shall notify the Court whether he believes, in good faith, that settlement in this case is a possibility and whether he is interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated:   **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE

1