# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>A. MARTINEZ,<br><br>   Defendant. | Case No.: 1:10-cv-01064-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL REGARDING TRIAL DATES |

Plaintiff Anthony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 22, 2016, this action was reassigned to the undersigned pursuant to both parties consent to United States magistrate judge jurisdiction.

The case is currently set for jury trial on December 13, 2016, and a settlement conference is scheduled for September 22, 2016, at 10:00 a.m. before United States Magistrate Judge Sheila K. Oberto. In light of the recent reassignment, the Court hereby sets a telephonic conference on August 31, 2016 at 2:30 p.m. to discuss the upcoming trial dates. All of the pretrial deadlines, except the December 13, 2016 trial date, set forth in the Second Scheduling Order issued May 27, 2016, are VACATED and will be re-set by separate order after the telephonic hearing.

IT IS SO ORDERED.

Dated:   **August 30, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1