# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01064-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>[ECF No. 102] |

　　　　Plaintiff Anthony Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 23, 2016, the parties filed a stipulation for voluntary dismissal of the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Pursuant to the parties' stipulation, it is HEREBY ORDERED that the instant action is dismissed, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **September 26, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1